

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

December 24, 2021

Honorable Timothy J. Savage
United States District Judge
for the Eastern District of Pennsylvania
15614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

      Re:    *Stokes v. Lamas, et al.*, E.D. Pa. Civ. No. 20-2192

Dear Judge Savage:

      The above-captioned matter was referred to Magistrate Judge Carol Sandra Moore Wells for a Report and Recommendation ("R&R") on September 16, 2020. On December 22, 2021, Judge Wells issued an R&R recommending that relief be granted on Petitioner's claim that the Commonwealth violated his rights under *Brady v. Maryland*, 373 U.S. 83 (1963) by withholding material, exculpatory information. The Commonwealth has reviewed Judge Wells's recommendations and has no objections to the R&R.

      Respectfully submitted,

      *s/ David Napiorski*
      DAVID NAPIORSKI
      Assistant District Attorney
      *Counsel for Respondents*

CC:    Michael J. Diamondstein, Esq. (*via ECF*)
        *Counsel for Petitioner Willie Stokes*